UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD HEINZ,

              Plaintiff,

    v.

SGT. BOYD, *et al.*,

              Defendants.

Case No. C08-5251 FDB/KLS

ORDER TO PROVIDE SERVICE COPIES

      This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. Plaintiff has filed his Amended Complaint but did not provide service copies.

      Plaintiff will provide one copy of the Amended Complaint for each named Defendant he wishes the United States Marshals Service to attempt to serve. The service copies must be returned to the Court on or before **August 22, 2008** or the Court will recommend dismissal of this case for failure to prosecute.

      The Clerk is directed to send a copy of this Order to Plaintiff and note this matter for **August 22, 2008.**

      DATED this 25th day of July, 2008.

                                  Karen L. Strombom
                                  United States Magistrate Judge

ORDER
Page - 1