1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
7                          AT TACOMA

8

9    EDWARD HEINZ,                              Case No. C08-5251 FDB/KLS

                Plaintiff,
10                                              REPORT AND RECOMMENDATION

11          v.                                  **NOTED FOR:**
                                                **October 10, 2008**
12   SGT. BOYD, *et al.*,

13              Defendants.

14

15          This civil rights action has been referred to the undersigned United States Magistrate Judge

16   Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  For the

17   reasons discussed below, the undersigned recommends that this matter be dismissed without

18   prejudice as Plaintiff has failed to prosecute this action.

19                                **I.  DISCUSSION**

20          Plaintiff was granted leave to proceed *in forma pauperis*.  (Dkt. # 6).  On June 3, 2008,

21   Plaintiff was granted leave to file an amended complaint.  (Dkt. # 8).  Plaintiff filed an amended

22   complaint on July 1, 2008.  (Dkt. # 9).  On July 25, 2008, the Court ordered Plaintiff to provide

23   service copies of the amended complaint by August 22, 2008 and warned Plaintiff that the Court

24   would recommend dismissal of his case for failure to prosecute if he failed to timely provide the

25   service copies. (Dkt. # 10).  Plaintiff has not provided the service copies or responded to the Court's

26   Order.

27

28   REPORT AND RECOMMENDATION - 1

## II. CONCLUSION

Plaintiff has not provided the service copies, nor has he requested additional time to comply with the Court's Order.  Therefore, the undersigned recommends this case be dismissed for failure to prosecute.  The Court recommends the action be **dismissed without prejudice.**  A proposed order accompanies this Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from service of this Report and Recommendation to file written objections.  *See also* Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal.  *Thomas v. Arn*, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **October10, 2008**, as noted in the caption.


DATED this  23rd  day of September, 2008.



Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2