UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD HEINZ,

    Plaintiff,

  v.

STG. BOYD, *et al.*,

    Defendants.

Case No. C08-5251

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING ACTION FOR FAILURE TO PROSECUTE

    This civil rights action comes before the Court on the Report and Recommendation of the Magistrate Judge that this action be dismissed for failure to prosecute. Plaintiff has not filed an objection.

    The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, the Order to provide service, and the remaining record, does hereby find and ORDER:

    (1)     The Court adopts the Report and Recommendation;

    (2)     This action is **DISMISSED WITHOUT PREJUDICE**;

    (3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

DATED this 10th day of October, 2008.

                                                FRANKLIN D. BURGESS
                                                UNITED STATES DISTRICT JUDGE

ORDER - 1

ORDER - 2