# United States District Court

WESTERN DISTRICT OF WASHINGTON

EDWARD HEINZ

v.

SGT. BOYD et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5251 FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XXX__ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

(1)     The Court adopts the Report and Recommendation;

(2)     This action is **DISMISSED WITHOUT PREJUDICE**.

October 15, 2008

BRUCE RIFKIN
Clerk

*s/J.L Patton*
Deputy Clerk